# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-40
_____

JUNIOR VAZQUEZ-SUAREZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

February 21, 2018

PER CURIAM.

AFFIRMED.

RAY, BILBREY, and WINOKUR, concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant; Junior Vazquez-Suarez, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.